IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:02CR238 |
| v. | ) | |
| | ) | ORDER |
| TERRI J. SAMOWITZ, | ) | |
| Defendant. | ) | |

IT IS ORDERED that a change of plea for the defendant, Terri J. Samowitz, is scheduled before the undersigned in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **July 14, 2005, at 10:00 a.m.** Since this is a criminal case, the defendant shall be present, unless excused by the court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

DATED this 5th day of July, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge