PROB 35
(Rev. 7/97)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

### for the

### DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

                          v.         Criminal No. 8:02-CR-238-001-JFB

Terry Samowitz

On October 11, 2005 the above named was placed on Probation for a period of three years. The defendant has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that the defendant be discharged from supervision.

Respectfully submitted,

_____
Theresa Del Casale-Merino
United States Probation Officer

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___5th___ day of __MARCH__, _2007_.

_____
Joseph F. Bataillon
Chief United States District Judge